**PERKINS COIE LLP**
Aaron J. Ver (CA SBN 295409)
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
AVer@perkinscoie.com

John R. Hardin (*pro hac vice* motion forthcoming)
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: +1.214.965.7700
JohnHardin@perkinscoie.com

James Q. Walker (*pro hac vice* motion forthcoming)
Stephen Hogan-Mitchell (*pro hac vice* motion forthcoming)
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: +1.212.262.6900
JamesWalker@perkinscoie.com
SHoganMitchell@perkinscoie.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STREAM TRADING CORP., | Case No. 3:25-cv-10524 |
| Plaintiff, | **PLAINTIFF STREAM TRADING CORP.'S DISCLOSURE STATEMENT, CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, AND CITIZENSHIP DIVERSITY** |
| v. | |
| CALEB MCMEANS, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Pursuant to Rule 7.1(a)(2), the citizenship of all parties to the action are also listed below.

1. Plaintiff Stream Trading Corp., a Delaware corporation with its principal place of business in California.

2. Defendant Caleb McMeans, a citizen of the state of Florida

Dated: December 8, 2025

**PERKINS COIE LLP**

By: */s/ Aaron J. Ver*
Aaron J. Ver, Bar No. 295409
John R. Hardin*
James Q. Walker*
Stephen Hogan-Mitchell*

**pro hac vice* motion forthcoming*

*Attorneys for Plaintiff*