UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STREAM TRADING CORP.,<br><br>Plaintiff(s),<br><br>v.<br><br>CALEB MCMEANS,<br><br>Defendant(s). | Case No. 25-cv-10524-LB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Stephen Hogan-Mitchell, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Stream Trading Corp. in the above-entitled action. My local co-counsel in this case is Aaron J. Ver, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 295409.

| | |
|---|---|
| 1155 Avenue of the Americas, 22nd Floor<br>New York, NY 10036<br>MY ADDRESS OF RECORD | 505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212.262.6900<br>MY TELEPHONE # OF RECORD | 415.344.7000<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| SHoganMitchell@perkinscoie.com<br>MY EMAIL ADDRESS OF RECORD | AVer@perkinscoie.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5982665.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2025                                          Stephen Hogan-Mitchell
                                                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stephen Hogan-Mitchell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 16, 2025

_____
UNITED STATES DISTRICT JUDGE

