```
 1  COOLEY LLP
    KRISTINE A. FORDERER (278745)
 2  (kforderer@cooley.com)
    3 Embarcadero Center, 20th Floor
 3  San Francisco, California 94111-4004
    Telephone:  +1 415 693 2000
 4  Facsimile:  +1 415 693 2222

 5  BRIAN KLEIN (258486)
    (bklein@cooley.com)
 6  355 South Grand Avenue, Suite 900
    Los Angeles, California 90071-1560
 7  Telephone:  +1 213 561-3250
    Facsimile:  +1 213 561-3244
 8
    Attorneys for Defendant
 9  CALEB MCMEANS
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STREAM TRADING CORP., <br><br> Plaintiff, <br><br> v. <br><br> CALEB MCMEANS, <br><br> Defendant. | Case No. 25-cv-10524-WHO <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT
25-CV-10524-WHO

Plaintiff Stream Trading Corp. ("Plaintiff") and Defendant Caleb McMeans ("Defendant") hereby stipulate and agree as follows pursuant to Civil Local Rule 6-1(a):

WHEREAS, on December 8, 2025, Plaintiff filed the Complaint (ECF No. 1) and served Defendant the following day on December 9, 2025;

WHEREAS, Defendant's current deadline to answer or otherwise respond to Plaintiff's Complaint is December 30, 2025;

WHEREAS, the parties agree that to account for the December holidays, corresponding attorney travel, and ongoing discussions between the Parties regarding the subject matter of the Complaint, Defendant's deadline to respond to the Complaint should be extended by 60 days from the time of service and two additional days because such an extension falls on a Saturday;

WHEREAS, the parties agree Defendant's response to Plaintiff's Complaint under this stipulated schedule is due on February 9, 2025.

NOW, THEREFORE, IT IS STIPULATED by and between the parties that Defendant's deadline to respond to the Complaint is extended to February 9, 2025.

**IT IS SO STIPULATED.**

Dated: December 23, 2025    COOLEY LLP

By: */s/ Kristine A. Forderer*
Kristine A. Forderer

Attorneys for Defendant
Caleb McMeans

Dated: December 23, 2025    PERKINS COIE LLP

By: */s/ John Hardin*
John Hardin

Attorneys for Plaintiff
Stream Trading Corp.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Kristine A. Forderer, attest that concurrence in the filing of this document has been obtained from all other signatories. Executed on December 23, 2025, in San Francisco, California.

/s/ *Kristine A. Forderer*
Kristine A. Forderer

329280668