COOLEY LLP
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

BRIAN KLEIN (258486)
(bklein@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071-1560
Telephone: +1 213 561-3250
Facsimile: +1 213 561-3244

Attorneys for Defendant
Caleb McMeans

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STREAM TRADING CORP.,<br><br>                    Plaintiff,<br><br>        v.<br><br>CALEB MCMEANS,<br><br>                    Defendant. | Case No. 25-cv-10524-WHO<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT
25-CV-10524-WHO

Plaintiff Stream Trading Corp. ("Plaintiff") and Defendant Caleb McMeans ("Defendant") hereby stipulate and agree as follows pursuant to Civil Local Rule 6-1(a):

WHEREAS, on December 8, 2025, Plaintiff filed the Complaint (ECF No. 1) and served Defendant the following day on December 9, 2025;

WHEREAS, on December 23, 2025, the parties filed a Stipulation for Extension of Time to Respond to Complaint, setting Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to February 9, 2026 (ECF No. 18);

WHEREAS, the parties agree that to account for continued discussions between the parties regarding the subject matter of the Complaint, Defendant's deadline to respond to the Complaint should be extended by 30 days;

WHEREAS, the parties agree that Defendant's response to Plaintiff's Complaint under this stipulated schedule is now due on March 11, 2026.

NOW, THEREFORE, IT IS STIPULATED by and between the parties that Defendant's deadline to respond to the Complaint is extended to March 11, 2026.

**IT IS SO STIPULATED.**

Dated: January 27, 2026                COOLEY LLP

                                       By: */s/ Kristine A. Forderer*
                                           Kristine A. Forderer

                                       Attorneys for Defendant
                                       Caleb McMeans

Dated: January 27, 2026                PERKINS COIE LLP

                                       By: */s/ John Hardin*
                                           John Hardin

                                       Attorneys for Plaintiff
                                       Stream Trading Corp.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Kristine A. Forderer, attest that concurrence in the filing of this document has been obtained from all other signatories. Executed on January 27, 2026 in San Francisco, California.

/s/ Kristine A. Forderer
Kristine A. Forderer

329280668

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT
25-CV-10524-WHO