1  BLANK ROME LLP
   Christopher J. Petersen (SBN 251439)
2  chris.petersen@BlankRome.com
   Ryan F. Coy (SBN 324929)
3  ryan.coy@blankrome.com
4  2029 Century Park East, 6th Floor
   Los Angeles, CA  90067
5  Telephone:    (424) 239-3400
   Facsimile:    (424) 239-3434
6

7
   Attorneys for Defendant
8  CALEB MCMEANS

9

10                    UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14 | STREAM TRADING CORP,            | Case No. 25-cv-10524-WHO
15 |         Plaintiff,              | **MOTION TO SUBSTITUTE LAW FIRM;
   |                                 | PROPOSED ORDER**
16 |    v.                           |
17 | CALEB MCMEANS,                  |
18 |         Defendant.              |

On behalf of Caleb McMeans, the following attorney(s)

  (1)  move(s) to substitute as counsel of record,

  (2)  certify they are members in good standing of this Court's bar,

  (3)  attest to the consent of current counsel to be withdrawn, and

  (4)  attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

**Christopher J. Petersen (SBN 251439) and Ryan F. Coy (SBN 324939), Blank Rome LLP, 2029 Century Park East, 6th Floor, Los Angeles, CA 90064; Tel: 424.239.3400; Email: Chris.Petersen@BlankRome.com; Ryan.Coy@BlankRome.com**

Name(s) of counsel withdrawing from representation and firm name:

**Kristine Forderer, Brian Klein – Cooley LLP**

Dated: February 24, 2026

### [PROPOSED] ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Dated: _____  _____
                Hon. William H. Orrick
                United States District Judge