**BLANK ROME LLP**
Christopher J. Petersen (SBN 251439)
Ryan F. Coy (SBN 324939)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
chris.petersen@blankrome.com
ryan.coy@blankrome.com

Attorneys for Defendant
CALEB MCMEANS

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

STREAM TRADING CORP,

Plaintiff,

v.

CALEB MCMEANS,

Defendant.

Case No. 25-cv-10524-WHO

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

Current Case Management Conference:
Date: March 10, 2026
Time: 2:00 p.m.
Place: Via Zoom webinar

Proposed Continued Case Management Conference:
Date: April 21, 2026
Time: 2:00 p.m.
Place: Via Zoom webinar

Plaintiff Stream Trading Corp ("Plaintiff") and Defendant Caleb McMeans ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows pursuant to Civil Local Rules 6-1(a), 6-2(a), and 7-12:

WHEREAS, on December 8, 2025, Plaintiff filed the Complaint (ECF No. 1);

WHEREAS, on December 23, 2025, the Parties filed a Stipulation for Extension of Time to Respond to Complaint, setting Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to February 9, 2026 (ECF No. 18);

WHEREAS, on January 27, 2026, the Parties filed a second Stipulation for Extension of Time to Respond to Complaint, extending Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint from February 9, 2026 to March 11, 2026 (ECF No. 20);

WHEREAS, the Parties have continued discussions regarding the subject matter of the Complaint, however, Defendant has just retained and substituted in new counsel of record in this action, and thus, in order to facilitate continued negotiations regarding a potential resolution before litigation, the parties request to extend Defendant's deadline to respond to the Complaint by 30 days, extending the deadline from March 11, 2026 to April 10, 2026;

WHEREAS, the Parties also request for the Court to continue the Case Management Conference scheduled for March 10, 2026 at 2:00 p.m. and the deadline to file a Case Management Statement by approximately 30-45 days, or as is convenient for the Court; and

WHEREAS, the Parties agree that the requested extensions are in the best interests of the parties and judicial economy.

**<u>Stipulation</u>**

The Parties agree, stipulate, and request that the Court enter an order as follows:

1. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended from March 11, 2026 to April 10, 2026;
2. The Case Management Conference scheduled for March 10, 2026 at 2:00 p.m. is continued to April 21, 2026 at 2:00 p.m., or as soon thereafter as is convenient for the Court;
3. The deadline for the Parties to file a Case Management Statement be continued to 7

days before the continued Case Management Conference hearing date.

IT IS SO STIPULATED.

**PERKINS COIE LLP**

Dated: February 25, 2026

*/s/ Aaron Joseph Ver*
Aaron Joseph Ver
James Q. Walker
John R. Hardin
Stephen Hogan-Mitchell

*Attorneys for Plaintiff Stream Trading Corp*

**BLANK ROME LLP**

Dated: February 25, 2026

*/s/ Ryan F. Coy*
Christopher J. Petersen
Ryan F. Coy

*Attorneys for Defendant Caleb McMeans*

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: ________________

William H. Orrick
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Ryan F. Coy, attest that concurrence in the filing of this document has been obtained from all other signatories. Executed on February 25, 2026 in Los Angeles, California.

*/s/ Ryan F. Coy*
Ryan F. Coy