1  **BLANK ROME LLP**
   Christopher J. Petersen (SBN 251439)
2  Ryan F. Coy (SBN 324939)
   2029 Century Park East, 6th Floor
3  Los Angeles, CA 90067
   Telephone:  (424) 239-3400
4  Facsimile: (424) 239-3434
   chris.petersen@blankrome.com
5  ryan.coy@blankrome.com

6  Attorneys for Defendant
   CALEB MCMEANS
7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12

13  STREAM TRADING CORP,                 Case No. 25-cv-10524-WHO

14              Plaintiff,                **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
15        v.

16  CALEB MCMEANS,

17              Defendant.               Current Case Management Conference:
                                          Date: March 10, 2026
18                                        Time: 2:00 p.m.
                                          Place: Via Zoom webinar
19
                                          Proposed Continued Case Management Conference:
20                                        Date:  April 21, 2026
                                          Time: 2:00 p.m.
21                                        Place: Via Zoom webinar

22

23

24

25

26

27

28

008110.00001/157216853v.1

1 | Plaintiff Stream Trading Corp ("Plaintiff") and Defendant Caleb McMeans ("Defendant,"
2 | and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record,
3 | hereby stipulate and agree as follows pursuant to Civil Local Rules 6-1(a), 6-2(a), and 7-12:
4 | WHEREAS, on December 8, 2025, Plaintiff filed the Complaint (ECF No. 1);
5 | WHEREAS, on December 23, 2025, the Parties filed a Stipulation for Extension of Time
6 | to Respond to Complaint, setting Defendant's deadline to answer or otherwise respond to Plaintiff's
7 | Complaint to February 9, 2026 (ECF No. 18);
8 | WHEREAS, on January 27, 2026, the Parties filed a second Stipulation for Extension of
9 | Time to Respond to Complaint, extending Defendant's deadline to answer or otherwise respond to
10 | Plaintiff's Complaint from February 9, 2026 to March 11, 2026 (ECF No. 20);
11 | WHEREAS, the Parties have continued discussions regarding the subject matter of the
12 | Complaint, however, Defendant has just retained and substituted in new counsel of record in this
13 | action, and thus, in order to facilitate continued negotiations regarding a potential resolution before
14 | litigation, the parties request to extend Defendant's deadline to respond to the Complaint by 30
15 | days, extending the deadline from March 11, 2026 to April 10, 2026;
16 | WHEREAS, the Parties also request for the Court to continue the Case Management
17 | Conference scheduled for March 10, 2026 at 2:00 p.m. and the deadline to file a Case Management
18 | Statement by approximately 30-45 days, or as is convenient for the Court; and
19 | WHEREAS, the Parties agree that the requested extensions are in the best interests of the
20 | parties and judicial economy.

**Stipulation**

The Parties agree, stipulate, and request that the Court enter an order as follows:

1. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended from March 11, 2026 to April 10, 2026;

2. The Case Management Conference scheduled for March 10, 2026 at 2:00 p.m. is continued to April 21, 2026 at 2:00 p.m., or as soon thereafter as is convenient for the Court;

3. The deadline for the Parties to file a Case Management Statement be continued to 7

days before the continued Case Management Conference hearing date.

IT IS SO STIPULATED.

**PERKINS COIE LLP**

Dated: February 25, 2026        */s/ Aaron Joseph Ver*
Aaron Joseph Ver
James Q. Walker
John R. Hardin
Stephen Hogan-Mitchell

*Attorneys for Plaintiff Stream Trading Corp*

**BLANK ROME LLP**

Dated: February 25, 2026        */s/ Ryan F. Coy*
Christopher J. Petersen
Ryan F. Coy

*Attorneys for Defendant Caleb McMeans*

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: February 26, 2026

William H. Orrick
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Ryan F. Coy, attest that concurrence in the filing of this document has been obtained from all other signatories. Executed on February 25, 2026 in Los Angeles, California.

*/s/ Ryan F. Coy*
Ryan F. Coy