**BLANK ROME LLP**
Christopher J. Petersen (SBN 251439)
Ryan F. Coy (SBN 324939)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:   (424) 239-3400
Facsimile: (424) 239-3434
chris.petersen@blankrome.com
ryan.coy@blankrome.com

Attorneys for Defendant
CALEB MCMEANS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STREAM TRADING CORP,<br><br>                Plaintiff,<br><br>        v.<br><br>CALEB MCMEANS,<br><br>                Defendant. | Case No. 25-cv-10524-WHO<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Current Case Management Conference:<br>Date: April 21, 2026<br>Time: 2:00 p.m.<br>Place: Via Zoom webinar<br><br>Proposed Continued Case Management Conference:<br>Date:  June 2, 2026<br>Time: 2:00 p.m.<br>Place: Via Zoom webinar |

157589253

Plaintiff Stream Trading Corp ("Plaintiff") and Defendant Caleb McMeans ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows pursuant to Civil Local Rules 6-1(a), 6-2(a), and 7-12:

WHEREAS, on December 8, 2025, Plaintiff filed the Complaint (ECF No. 1);

WHEREAS, on December 23, 2025, the Parties filed a Stipulation for Extension of Time to Respond to Complaint (ECF No. 18);

WHEREAS, on January 27, 2026, the Parties filed a second Stipulation for Extension of Time to Respond to Complaint (ECF No. 20);

WHEREAS, on February 24, 2026, Defendant filed a motion to substitute his counsel of record in this case to Blank Rome LLP, which the court approved (ECF Nos. 27, 30);

WHEREAS, on February 25, 2026, the Parties filed a Stipulation for Extension of Time to Respond to Complaint and to Continue Case Management Conference with a proposed order (ECF No. 28), which the court approved, extending Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint from March 11, 2026 to April 10, 2026 and continuing the case management conference from March 10, 2026 at 2:00 p.m. to April 21, 2026 at 2:00 p.m. (ECF No. 29);

WHEREAS, thereafter, the Parties have made material progress towards reaching an agreement that would result in a broad resolution of the Parties' disagreement and the issues that surround this dispute;

WHEREAS, the Parties continue to work diligently to narrow their disputes through negotiations and agree that continuing negotiations without the immediate pressure of a pleading that may alter the status quo will allow the Parties to further narrow and likely resolve the disputes, which will be in the best interests of the Parties and judicial economy;

WHEREAS, the Parties have discussed how much additional time may be necessary and agree that Defendant's deadline to respond to the Complaint should be extended by 45 days and that the Case Management Conference, currently set for April 21, 2026 at 2:00 p.m., should be

157589253

**STIPULATION FOR EXTENSION OF TIME AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

continued by approximately 45 days, as is convenient for the Court;[1]

WHEREAS, the Parties anticipate that the additional time requested will be sufficient to allow them to reach a resolution; and

WHEREAS, the Parties respectfully submit that there is good cause for the requested relief because it will conserve party and judicial resources, avoid potentially unnecessary motion practice and responsive pleadings, and promote the efficient resolution of this action without prejudice to the Parties.

**Stipulation**

The Parties agree, stipulate, and request that the Court enter an order as follows:

1. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended from April 10, 2026 to May 25, 2026;

2. The Case Management Conference scheduled for April 21, 2026 at 2:00 p.m. is continued to June 2, 2026 at 2:00 p.m., or as soon thereafter as is convenient for the Court;

3. The deadline for the Parties to file a Case Management Statement be continued to 7 days before the continued Case Management Conference hearing date.

IT IS SO STIPULATED.

**PERKINS COIE LLP**

Dated: April 1, 2026

*/s/ John R. Hardin*
Aaron Joseph Ver
James Q. Walker
John R. Hardin
Stephen Hogan-Mitchell

*Attorneys for Plaintiff Stream Trading Corp*

**BLANK ROME LLP**

Dated: April 1, 2026

*/s/ Ryan F. Coy*
Christopher J. Petersen
Ryan F. Coy

*Attorneys for Defendant Caleb McMeans*

---

[1] If the Court prefers, the Parties are agreeable to having the case abated for a similar amount of time with the Parties providing regularly scheduled updates to the Court on their progress.

157589253

3

STIPULATION FOR EXTENSION OF TIME AND TO CONTINUE CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: April 3, 2026

William H. Orrick
United States District Judge

4

**STIPULATION FOR EXTENSION OF TIME AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Ryan F. Coy, attest that concurrence in the filing of this document has been obtained from all other signatories. Executed on April 1, 2026 in Los Angeles, California.

/s/ Ryan F. Coy
Ryan F. Coy

157589253

5

STIPULATION FOR EXTENSION OF
TIME AND TO CONTINUE CASE
MANAGEMENT CONFERENCE