**PERKINS COIE LLP**
Aaron J. Ver (CA SBN 295409)
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
AVer@perkinscoie.com

John R. Hardin (admitted *pro hac vice*)
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: +1.214.965.7700
JohnHardin@perkinscoie.com

James Q. Walker (admitted *pro hac vice*)
Stephen Hogan-Mitchell (admitted *pro hac vice*)
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: +1.212.262.6900
JamesWalker@perkinscoie.com
SHoganMitchell@perkinscoie.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STREAM TRADING CORP.,<br><br>Plaintiff,<br><br>v.<br><br>CALEB MCMEANS,<br><br>Defendant. | Case No. 3:25-cv-10524-WHO<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO STAY**<br><br>Date: June 17, 2026<br>Time: 2:00 P.M. |

Plaintiff Stream Trading Corp. and Defendant Caleb McMeans, (the "Parties") have moved this Court for an order staying these proceedings (the "Motion") for 120 days to pursue alternative resolutions. Finding no damage or hardship will result to either of the Parties because of a stay and that grant of a stay here would promote the orderly course of justice, the Court GRANTS the Motion and stays this proceeding for 120 days.

No later than ____________________, 2026, the parties shall file a joint statement apprising the Court of the status of their pursuit of alternative resolutions.

**IT IS SO ORDERED.**

Dated: __________________, 2026

________________________________
United States District Judge