**ASHURST PERKINS COIE US LLP**
Aaron Ver (SBN 295409)
aaron.ver@ashurstperkins.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

John R. Hardin (admitted *pro hac vice*)
john.hardin@ashurstperkins.com
2699 Howell Street, Suite 700
Dallas, Texas 75204
Telephone: +1.214.965.7700
Facsimile: +1.214.965.7799

James Q. Walker (admitted *pro hac vice*)
james.walker@ashurstperkins.com
Stephen Hogan-Mitchell (admitted *pro hac vice*)
stephen.hoganmitchell@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Attorneys for Plaintiff Stream Trading Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STREAM TRADING CORP.,<br><br>Plaintiff,<br><br>v.<br><br>CALEB MCMEANS,<br><br>Defendant. | Case No. 3:25-cv-10524-WHO<br><br>**NOTICE OF LAW FIRM NAME CHANGE**<br><br>Judge: William H. Orrick |

PLEASE TAKE NOTICE that effective as of June 26, 2026, Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP.

There has been no change in the attorneys of record, address, telephone number or representation of the parties in this matter All pleadings and correspondence filed or served after the effective date should reflect the new name and electronic email address as follows:


**Ashurst Perkins Coie US LLP**
Aaron Ver (SBN 295409)
aaron.ver@ashurstperkins.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

John R. Hardin (admitted *pro hac vice*)
john.hardin@ashurstperkins.com
2699 Howell Street, Suite 700
Dallas, Texas 75204
Telephone: +1.214.965.7700
Facsimile: +1.214.965.7799

James Q. Walker (admitted *pro hac vice*)
james.walker@ashurstperkins.com
Stephen Hogan-Mitchell (admitted *pro hac vice*)
stephen.hoganmitchell@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649


Dated: July 24, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/Aaron Ver*
Aaron Ver, Bar No. 295409
John R. Hardin*
James Q. Walker*
Stephen Hogan-Mitchell*

*admitted *pro hac vice*

Attorneys for Plaintiff Stream Trading Corp.