**ASHURST PERKINS COIE US LLP**
Aaron Ver (SBN 295409)
aaron.ver@ashurstperkins.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

John R. Hardin (admitted *pro hac vice*)
john.hardin@ashurstperkins.com
2699 Howell Street, Suite 700
Dallas, Texas 75204
Telephone: +1.214.965.7700
Facsimile: +1.214.965.7799

James Q. Walker (admitted *pro hac vice*)
james.walker@ashurstperkins.com
Stephen Hogan-Mitchell (admitted *pro hac vice*)
stephen.hoganmitchell@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Attorneys for Plaintiff Stream Trading Corp.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STREAM TRADING CORP.,<br><br>Plaintiff,<br><br>v.<br><br>CALEB MCMEANS,<br><br>Defendant. | Case No. 25-cv-10524-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Current Case Management Conference:<br>Date: September 22, 2026<br>Time: 2:00 p.m.<br>Place: Via Zoom webinar<br><br>Proposed Continued Case Management Conference:<br>Date: December 8, 2026<br>Time: 2:00 p.m.<br>Place: Via Zoom webinar |

Plaintiff Stream Trading Corp ("Plaintiff") and Defendant Caleb McMeans ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows pursuant to Civil Local Rules 6-1(a), 6-2(a), and 7-12:

WHEREAS, on December 8, 2025, Plaintiff filed the Complaint (ECF No. 1);

WHEREAS, on December 23, 2025, the Parties filed a Stipulation for Extension of Time to Respond to Complaint (ECF No. 18);

WHEREAS, on January 27, 2026, the Parties filed a second Stipulation for Extension of Time to Respond to Complaint (ECF No. 20);

WHEREAS, on February 25, 2026, the Parties filed a Stipulation for Extension of Time to Respond to Complaint and to Continue Case Management Conference (ECF No. 28), which the Court approved (ECF No. 29);

WHEREAS, on April 1, 2026, the Parties filed a Stipulation for Extension of Time to Respond to Complaint and to Continue Case Management Conference (ECF No. 31), which the Court approved, extending Defendant's deadline to respond to the Complaint from April 10, 2026 to May 25, 2026 and continuing the Case Management Conference from April 21, 2026 at 2:00 p.m. to June 2, 2026 at 2:00 p.m. (ECF No. 32);

WHEREAS, on May 13, 2026, the Parties filed a Joint Motion to Stay (ECF No. 33), which the Court granted that same day, staying the case pending resolution discussions and resetting the Case Management Conference to September 22, 2026 at 2:00 p.m. (ECF No. 34);

WHEREAS, since the stay was granted, the Parties have committed considerable time and resources working together to engage in a series of actions that will resolve all issues for the Parties, including a possible restructuring of the affiliated entity that incurred the losses, and the Parties are nearing a final resolution;

WHEREAS, the Parties request the Court continue the Case Management Conference currently scheduled for September 22, 2026 at 2:00 p.m. to December 8, 2026 at 2:00 p.m., or to such other date that is convenient for the Court, to allow the Parties additional time to finalize their resolution;

WHEREAS, the Parties respectfully submit that there is good cause for the requested relief because the Parties are near a final resolution and the relief will conserve party and judicial resources and promote the efficient resolution of this action without prejudice to the Parties.

The Parties agree, stipulate, and request that the Court enter an order as follows:

1. The Case Management Conference scheduled for September 22, 2026 at 2:00 p.m. is continued to December 8, 2026 at 2:00 p.m., or as soon thereafter as is convenient for the Court;

2. The deadline for the Parties to file a Case Management Statement be continued to 7 days before the continued Case Management Conference hearing date.

**IT IS SO STIPULATED.**

Dated: September 10, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ Aaron J. Ver*
Aaron Joseph Ver
James Q. Walker
John R. Hardin
Stephen Hogan-Mitchell

*Attorneys for Plaintiff Stream Trading Corp*

Dated: September 10, 2026

BLANK ROME LLP

By: */s/Ryan F. Coy*
Ryan F. Coy
Christopher J. Petersen

*Attorneys for Defendant Caleb McMeans*

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated:September 11, 2026

William H. Orrick
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Aaron Ver, attest that concurrence in the filing of this document has been obtained from all other signatories. Executed on September 10, 2026 in San Francisco, California.

*/s/ Aaron J. Ver*
Aaron Joseph Ver